**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-3306SI

Herbert E. Bundy,              *

                          *

       Appellant,    *

                          *

    v.              *   Appeal from the United States

                          *   District Court for the Southern

Park Place; Mary Laughlin; Madeline  *   District of Iowa.

Clark; Eilen Liddell; William E.    *

Wilkins, Sued as William Wilkins;  *     [UNPUBLISHED]

City of Des Moines, IA; Floyd Jones;  *

Des Moines Human Rights Commission, *

                          *

       Appellees.    *

_____

Submitted: May 7, 1998
Filed: May 12, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Herbert E. Bundy appeals the district court's dismissal of his civil rights lawsuit against Park Place and others. Having reviewed the record and the parties' briefs, we conclude an opinion would have no precedential value. We thus affirm the district court's dismissal without further discussion. See 8th Cir. R. 47B.

We deny Bundy's motion on appeal for judgment against Madeline Clark.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.